**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s), | CASE NUMBER: 06-20621<br>HONORABLE PAUL D. BORMAN |
| v. | |
| ALEX ZAKHARIA,<br>Defendant(s).<br>_____/ | |

## ORDER DENYING MOTIONS

A hearing was held on July 16, 2007 on defendants' motions to dismiss the Indictment and for a change of venue, and for the reasons stated on the record,

**IT IS ORDERED** that defendant's motion to dismiss is **DENIED.**

**IT IS FURTHER ORDERED** that defendant's motion for a change of venue is **DENIED** as to Counts 1 thru 7 and Count 8 is **TAKEN UNDER ADVISEMENT**.

**SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 30, 2007.

s/Denise Goodine
Case Manager