# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff(s), | CASE NUMBER: 06-20621<br>HONORABLE PAUL D. BORMAN |
| v. | |
| ALEX ZAKHARIA,<br>　　　　　Defendant(s). _____/ | |

## AMENDED ORDER DENYING MOTIONS

A hearing was held on July 16, 2007 on defendants' motions to dismiss the Indictment and for a change of venue, and for the reasons stated on the record,

**IT IS ORDERED** that defendant's motion to change venue is **DENIED.**

**IT IS FURTHER ORDERED** that defendant's motion to dismiss is **DENIED** as to Counts 1 thru 7 and Count 8 is **TAKEN UNDER ADVISEMENT**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　s/Paul D. Borman　　　　　　　　　
　　　　　　　　　　　　　　　　　PAUL D. BORMAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: July 30, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 30, 2007.

　　　　　　　　　　　　　　　　　s/Denise Goodine　　　　　　　　　
　　　　　　　　　　　　　　　　　Case Manager