UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                       CASE NO. 06-20621

v.                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

ALEX ZAKHARIA,

      Defendant,
_____/

**ORDER DENYING DEFENDANT'S MOTION
FOR RECONSIDERATION OF COURT'S ORDER DENYING
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION**

The Court has read Defendant's Motion. The Court has seen Defendant function in Court on multiple occasions – and he has always been alert, spoken well, assisted very vigorously in his defense, and had no problems at all in arising, sitting, standing at the podium for periods of time and communicating with the Court, and responding right on point to questions from the Court, the Government and his counsel. The Court concludes that Defendant's heath does not require a modification of conditions.

The Court denies Defendant's Motion for Reconsideration, and orders him to report, as scheduled, on Tuesday, March 18, 2008, to a community corrections center.

SO ORDERED.


                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 17, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 17, 2008.

                                              s/Denise Goodine
                                              Case Manager