

**FILED**

FEB 10 2008

CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

          Plaintiff,

v.

ALEX ZAKHARIA,

          Defendant.

_____ /

Case Number: 06-20621

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

### ORDER EXTENDING PROBATION FOR SIX MONTHS PURSUANT TO 18 U.S.C. § 3563(c) AND FED. R. CRIM. P. 32.1

At a hearing held before the Court on Tuesday, February 10, 2009, having heard argument and being fully advised, for the reasons stated on the record, the Court extends Defendant's term of probation for an additional six months.

SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: FEB 10 2009
Detroit, Michigan

1