

FILED

FEB 10 2008

CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,               Case Number: 06-20621

v.                                       JUDGE PAUL D. BORMAN
                                         UNITED STATES DISTRICT COURT

ALEX ZAKHARIA,

        Defendant.
_____ /

## ORDER ADJUDGING DEFENDANT ALEX ZAKHARIA IN CONTEMPT OF COURT

At a hearing held before the Court on Tuesday, February 10, 2009, having heard argument and being fully advised, for the reasons stated on the record, the Court rules as follows:

(1) Finds Defendant Zakharia in contempt of court for breaching his plea agreement by filing a "Notice of Withdrawal of Voluntary Relinquishment of License" with the State of Florida Department of Health ("The Department"). The "Voluntary Relinquishment of License" previously filed with the Department had been tendered in Court by Defendant Zakharia at his sentencing on February 12, 2008, to comply with his plea agreement.

(2) Grants the United States' renewed motion for specific performance of plea agreement breached by Defendant.

(3) Requires that Defendant Zakharia withdraw his "Notice of Withdrawal" at the Department and reinstate the aforementioned "Voluntary Relinquishment of

License" at the Department by noon, Friday, February 13, 2009.

(4) Holds that Defendant's failure to cure the contempt by noon on Friday, February 13, 2009, by complying with the requirements set forth in (3), will result in his incarceration until he complies with this order.

SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: February 10, 2009
Detroit, Michigan

2