UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         CRIM. CASE NO. 06-20621

    Plaintiff,

v.         PAUL D. BORMAN
         UNITED STATES DISTRICT JUDGE

ALEX ZAKHARIA,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255**

On October 22, 2013, Magistrate Judge Steven Whalen issued a Report and Recommendation (R&R) recommending that Defendant Zakharia's Motion to Vacate Sentence under 28 U.S.C. § 2255 be denied. That R&R informed Defendant that any objections to the R&R had to be filed within 14 days of service. Defendant asked for, and received, an extension of time in which to file objections. The Court extended the time to January 13, 2014. No objections were timely filed.

The Court adopts the Magistrate Judges R&R, which concludes:

> What Dr. Zakharia has shown is an apparent case of buyer's remorse. What he has not shown is that his lawyer was ineffective or that his plea was not knowing and voluntary.

Dkt. # 71, p.6. This Court agrees.

Defendant's Motion is DENIED.

SO ORDERED.

DATED:  January 22, 2014                s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 22, 2014.

                                        s/Deborah Tofil
                                        Case Manager